AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>HECTOR SANCHEZ-DENOVA<br><br>*Defendant(s)* | Case No. 8:16MJ1791 MAP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 5, 2016__ in the county of __Hillsborough__ in the __Middle__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Alien found in the United States without permission after deportation. |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Scott Spicciati, Deportation Officer, ICE ERO
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 12/6/16

_____
*Judge's signature*

City and state: Tampa, Florida

MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT

I, Scott Spicciati, being duly sworn, hereby depose and state as follows:

1. I am employed as a Deportation Officer with the Department of Homeland Security, United States Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), currently assigned to Tampa, Florida. I have been employed as a federal law-enforcement officer since April 13, 2008.

2. As a Deportation Officer, I am charged with enforcing United States immigration laws, both administrative and criminal, including investigating violations of such laws and making arrests of deportable aliens in accordance with these laws. I am a federal law-enforcement officer with the authority to execute arrest and search warrants under the authority of the United States.

3. This affidavit is submitted in support of a criminal complaint. The statements contained in this affidavit are based on my personal knowledge and that of other law-enforcement officers and on information gathered from computer databases. This affidavit does not contain every fact regarding the investigation but does document the probable cause to charge Hector SANCHEZ-DENOVA, a native and citizen of Mexico, with being an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a).

## FACTS AND CIRCUMSTANCES

4. On or about October 10, 2016, Tampa Police Department officers arrested SANCHEZ-DENOVA for Driving with a License Suspended, Cancelled or Revoked, and on or about October 10, 2016, SANCHEZ-DENOVA was released on

bond from the Hillsborough County Jail before ICE ERO could file a detainer.

5. On December 5, 2016, ICE ERO officers found SANCHEZ-DENOVA outside his home in Tampa, Florida, within the Middle District of Florida.

6. I performed a records check using the Central Index System (CIS) and reviewed the documents contained within the Alien File (A-File) belonging to SANCHEZ-DENOVA. Upon review of these documents, I determined that SANCHEZ-DENOVA is a native and citizen of Mexico and is illegally in the United States. I also found that he had been deported from the United States to Mexico on or about December 5, 2002, on or about August 30, 2007, on or about June 6, 2012, and on or about July 9, 2015.

7. Fingerprints taken of SANCHEZ-DENOVA were submitted through the Integrated Automated Fingerprint Identification System (IAFIS) and compared with those taken prior to his removal from the United States. IAFIS indicates that they are from the same person.

8. Computer records also indicate that SANCHEZ-DENOVA was convicted of Driving Under the Influence, on or about March 13, 2002, and on or about July 1, 2015, in Hillsborough County, Florida.

9. No information exists, either in the Alien-file documents or the computer databases, that SANCHEZ-DENOVA had either requested or received permission from the Attorney General of the United States or any immigration official to reenter the United States after his deportation.

## CONCLUSION

10. Based on the foregoing facts, I believe there is probable cause to establish that SANCHEZ-DENOVA, a citizen and national of Mexico, is an alien found in the United States without permission after deportation, in violation of 8 U.S.C. § 1326(a).

Scott Spicciati
Deportation Officer, ICE ERO

Sworn to and subscribed before me
this 6th day of December, 2016,
in Tampa, Florida.

MARK A. PIZZO
United States Magistrate Judge